United States District Court
Southern District of Texas
**ENTERED**
November 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDIA MARITZA ESCOBAR SALMERON,<br>　　Petitioner, | §<br>§<br>§<br>§<br>§ | CIVIL ACTION NO<br>4:25-cv-05633 |
| vs. | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| RANDY TATE, *et al*,<br>　　Respondents. | §<br>§ | |

## ORDER

Pending is a petition for a writ of *habeas corpus* and an *ex parte* motion for temporary restraining order filed on November 21, 2025. Dkts 1 & 2.

Petitioner Claudia Maritza Escobar Salmeron is a citizen of El Salvador who entered the United States without admission or parole on January 30, 2016. Dkt 1 at ¶12. She states that she fled El Salvador because of "persecution and threats and violence against her and her family." Ibid. She was ordered removed in February 2016 Id at ¶12. She reentered the United States in November 2016. Id at ¶13. She was then detained for an unstated period of time and received a credible-fear interview. Ibid. In October 2017, an immigration judge affirmed the prior order of removal. Ibid.

Petitioner alleges that she has been under an order of supervision since 2017 and has consistently appeared at all ICE appointments. Id at ¶17. She was taken into custody after appearing for one such appointment on November 13, 2025. Id at ¶18. She is presently detained at the Montgomery Processing Center. Id at ¶1.

Petitioner challenges her continued detention, stating causes of action for violation of (i) the INA, and (ii) the Due Process Clause of the Fifth Amendment as interpreted in *Zadvydas v Davis*, 533 US 678 (2001). Id at ¶¶22–42. Among other relief, she requests a TRO directing Respondents to immediately release her from custody. Dkt 2 at 6.

Immediate release isn't warranted with entry of this Order. Petitioner simply hasn't provided sufficient evidence to warrant release before Respondents are given notice and the opportunity to respond. Nor has she met the requirements of Rule 65(b)(1) of the Federal Rules of Civil Procedure, which are mandatory prior to issuance of *ex parte* injunctive relief.

The motion for *ex parte* temporary restraining order is DENIED. Dkt 2.

That said, Petitioner is entitled to a show-cause order pursuant to 8 USC §2243.

Respondents are ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Such filing must be made by noon on December 3, 2025.

Counsel for Petitioner is ORDERED to provide immediate service of this Order by email directed to the counsel for Government with whom he has been in communication about this matter. It is noted that certificates of service attached to the petition appear to indicate that Respondents have already been served. See Dkt 1 at 12–13.

This matter is SET for a show-cause hearing on December 3, 2025, at 3:30.

SO ORDERED.

Signed on November 25, 2025, at Houston, Texas.

*CREskridge*
Hon Charles Eskridge
United States District Judge