Case 4:25-cv-05633   Document 7   Filed on 12/02/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION
CIVIL No. 25:-cv-05633

| | |
|---|---|
| **CLAUDIA MARITZA ESCOBAR SALMERON,** Petitioner<br><br>vs.<br><br>RANDY TATE, in his official capacity as Warden of the Montgomery Processing Center;<br><br>Et. al.<br>      Respondents. | **PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C§2241** |

## ORDER ON PLAINTIFF'S VOLUNTARY DISMISSAL

Having considered Petitioner's Petition for Voluntary Dismissal, and good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's **voluntary dismissal** is **GRANTED.**

2. The Petition for Writ of Habeas Corpus is **DISMISSED without prejudice**.

3. The Clerk of Court is directed to **close the case**.

4. This order may be served by facsimile, email, or other means reasonably calculated to provide immediate notice.

SIGNED this 2nd day of December, 2025.

*/s/ C.R. Eskridge*
Hon Charles Eskridge
United States District Judge